MILDRED LOEB, Individually and as Trustee for CAROL LOEB and WILLIAM LOEB, and HARRY RUBENSTEIN, Copartners under the Firm Name of STARLET UNDERWEAR COMPANY, Respondents, *v.* FRIEDMAN'S EXPRESS, INC., et al., Appellants.

Argued April 10, 1947; decided May 15, 1947.

*Joseph Haskell* and *Emmet L. Holbrook* for appellants.
*Simon Greenhill* and *Joseph Greenhill* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.